


*1020798570*

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| ROCHELLE HART, | ) | |
| | ) | **DISTRICT COURT** |
| Plaintiff, | ) | **F I L E D** |
| | ) | FEB – 5 2013 |
| vs. | ) | Case No. CJ-2011-731 |
| | ) | SALLY HOWE SMITH, COURT CLERK |
| JENNIFER DAVINA LAY and NATIONWIDE | ) | STATE OF OKLA. TULSA COUNTY |
| PROPERTY & CASUALTY INS. CO., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **ATTORNEY LIEN CLAIMED** |

### FIRST AMENDED PETITION ADDING ADDITIONAL DEFENDANT

COMES NOW the Plaintiff Rochelle Hart, and for her claim against Nationwide Property &

Casualty Ins. Co. ("Nationwide") states:

1.    At all times relevant here, Plaintiff had in force an automobile insurance policy with

Nationwide for which she regularly paid premiums.  The Defendant tortfeasor has rendered its

liability limits and has been released from liability with a subrogation waiver from Nationwide.

2.    Plaintiff has made a demand for underinsured motorist benefits upon Nationwide, but

Nationwide has not responded.

3.    Nationwide's failure is a breach of its insurance contract with her for which Plaintiff

is entitled to a judgment in excess of $75,000.00.

4.    Further, Nationwide's breach is unreasonable under the circumstances and was made

with the intent to deprive the Plaintiff of her insurance benefits and constitutes the tort of insurance

bad faith, for which Plaintiff is entitled to damages in excess of $75,000.00 plus punitive damages,

costs and attorney fees.

WHEREFORE, Plaintiff prays that the Court enter judgment in her favor and against Nationwide, as set forth above.

Respectfully submitted,

**SNEED LANG HERROLD**

Richard E. Warzynski, OBA #14079
G. Steven Stidham, OBA #8633
1700 Williams Center Tower I
One West Third Street
Tulsa, Oklahoma 74103-3522
Telephone:   (918) 583-3145
Facsimile:   (918) 582-0410
**ATTORNEYS FOR PLAINTIFF ROCHELLE HART**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  5th day of February, 2013, a true and correct copy of the above and foregoing instrument was mailed with postage prepaid thereon, via first class mail to:

Timothy Crow, Esq.
SCHROEDER & ASSOCIATES
110 West 7th Street, Suite 1200
Tulsa, OK 74119
ATTORNEY FOR DEFENDANT

Richard E. Warzynski

2