

**Home**  **Courts**  **Court Dockets**  **Legal Research**  **Calendar**  **Help**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| ROCHELLE HART,<br>    Plaintiff,<br>v.<br>JENNIFER DAVINA LAY,<br>    Defendant, and<br>NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY,<br>    Defendant. | No. CJ-2011-731<br>(Civil relief more than $10,000: AUTO NEGLIGENCE)<br><br>Filed: 02/08/2011<br><br>Judge: Fitzgerald, Mary |

## Parties

HART, ROCHELLE , Plaintiff
LAY, JENNIFER DAVINA , Defendant
NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| CROW, TIMOTHY F(Bar # 13591)<br>SCHROEDER & ASSOC<br>110 W. 7TH, SUITE 1200<br>TULSA, OK 74119 | LAY, JENNIFER DAVINA |
| ROBERTSON, JASON ALLEN(Bar # 17696)<br>907 S. DETROIT, STE. 815<br>TULSA, OK 74120 | NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, |
| Stidham, G Steven(Bar # 8633)<br>Sneed Lang Herrold PC<br>One West Third Street<br>#1700<br>TULSA, OK 74103 | HART, ROCHELLE |
| WARZYNSKI, RICHARD EDWARD(Bar # 14079)<br>CLARK & WARZYNSKI PA<br>624 S DENVER, THIRD FLOOR<br>TULSA, OK 74119 | HART, ROCHELLE |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| **Thursday, March 8, 2012 at 9:00 AM**<br>SCHEDULING CONFERENCE STEVEN STIDHAM REP PL TIM CROW REP DF (SCH) | | Mary Fitzgerald | |
| **Tuesday, June 4, 2013 at 9:00 AM**<br>PRETRIAL CONFERENCE STEVEN STIDHAM REP PL TIM CROW REP DF (PTC) | | Mary Fitzgerald | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: AUTO NEGLIGENCE (AUTONEG)
Filed by: HART, ROCHELLE
Filed Date: 02/08/2011

**Party Name:**

**Disposition Information:**

**Defendant:** LAY, JENNIFER DAVINA

**Disposed: DISMISSED WITHOUT PREJUDICE, 09/21/2012. Other.**

**Defendant:** LAY, JENNIFER DAVINA

**Disposed: DISMISSED WITHOUT PREJUDICE, 06/04/2013. Other.**

**Defendant:** NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY

**Disposed: DISMISSED WITHOUT PREJUDICE, 09/21/2012. Other.**

**Defendant:** NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY

Pending.

**Defendant:** LAY, JENNIFER DAVINA

**Disposed: DISMISSED - WITH PREJUDICE, 07/24/2013. Dismissed- Settled.**

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 02-08-2011 | TEXT | 1 | | 77129335 | Feb 8 2011 10:36:33:123AM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 02-08-2011 | AUTONEG | - | | 77129337 | Feb 8 2011 10:36:33:163AM | Realized | $ 0.00 |
| | AUTO NEGLIGENCE | | | | | | |
| 02-08-2011 | DMFE | - | | 77129338 | Feb 8 2011 10:36:33:173AM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 02-08-2011 | PFE1 | - | | 77129339 | Feb 8 2011 3:48:51:347PM | Realized | $ 163.00 |
| | PETITION($ 163.00) Document Available at Court Clerk's Office | | | | | | |
| 02-08-2011 | PFE7 | - | | 77129340 | Feb 8 2011 10:36:33:173AM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 02-08-2011 | OCISR | - | | 77129341 | Feb 8 2011 10:36:33:173AM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 02-08-2011 | LTF | - | | 77129342 | Feb 8 2011 10:36:33:253AM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 02-08-2011 | SMF | - | | 77129343 | Feb 8 2011 10:36:33:283AM | Realized | $ 5.00 |

SUMMONS FEE (CLERKS FEE)($ 5.00)

| 02-08-2011 | SMIP | - | | 77129344 | Feb 8 2011 10:36:33:313AM | Realized | $ 0.00 |
|---|---|---|---|---|---|---|---|

SUMMONS ISSUED - PRIVATE PROCESS SERVER

| 02-08-2011 | TEXT | - | | 77129336 | Feb 8 2011 10:36:33:143AM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE FITZGERALD, MARY TO THIS CASE.

| 02-08-2011 | ACCOUNT | - | | 77129359 | Feb 8 2011 10:36:55:813AM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

RECEIPT # 2011-2058207 ON 02/08/2011.
PAYOR:SNEED LANG TOTAL AMOUNT PAID: $211.00.
LINE ITEMS:
CJ-2011-731: $168.00 ON AC01 CLERK FEES.
CJ-2011-731: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2011-731: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2011-731: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2011-731: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 04-18-2011 | S | - | LAY, JENNIFER DAVINA | 77753285 | Apr 18 2011 8:45:24:727AM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS WAS SERVED ON JENNIFER DAVINA LAY // PERSONAL SERVICE ON 4-10-11 BY PROCESS SERVER

📄 Document Available at Court Clerk's Office

| 05-26-2011 | EAA | - | LAY, JENNIFER DAVINA | 78125503 | May 26 2011 3:47:24:977PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

ENTRY OF APPEARANCE (TIMOTHY CROW ENTERS AS COUNSEL - COVERSHEET ATTACHED) / CERTIFICATE OF SERVICE

📄 Document Available at Court Clerk's Office

| 06-24-2011 | A | - | LAY, JENNIFER DAVINA | 78392788 | Jun 24 2011 3:36:51:000PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

ANSWER OF DEFENDANT, JENNIFER DAVINA LAY // CERTIFICATE OF SERVICE // W-CS

📄 Document Available at Court Clerk's Office

| 02-07-2012 | REQ | - | HART, ROCHELLE | 80708447 | Feb 7 2012 4:11:52:663PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

REQUEST TO SET CASE FOR SCHEDULING CONFERENCE (A2J)

📄 *Document Available (#1017688246)*

| 02-08-2012 | CTFREE | - | | 80723488 | Feb 9 2012 8:20:24:180AM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

FITZGERALD, MARY: ORDER ENTERED SETTING SCHEDULING CONFERENCE ON 3-8-2012 AT 9:00

| 02-09-2012 | O | - | | 80734742 | Feb 9 2012 3:34:15:270PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

ORDER SETTING SCHEDULING CONFERENCE (3-08-12 AT 9:00 AM)

📄 *Document Available (#1017785881)*

| 02-13-2012 | NODD | - | | 80763492 | Feb 13 2012 3:10:03:730PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

NOTICE OF DISPOSITION DOCKET / MAY 31, 2012 @ 2:00 PM IN COURTROOM 706 / AFFIDAVIT OF MAILING

| | | | | | | |
|---|---|---|---|---|---|---|
| | 📄 Document Available (#1017788493) | | | | | |
| 02-13-2012 CTFREE | - | | 80795544 | Feb 16 2012 8:28:42:733AM | - | $ 0.00 |
| FITZGERALD, MARY: DISPOSITION DOCKET SET ON 5-31-2012 AT 2:00. NOTICES SENT TO TIMOTHY CROW AND STEVEN STIDHAM | | | | | | |
| 03-06-2012 CTFREE | - | | 80999347 | Mar 7 2012 10:56:40:933AM | - | $ 0.00 |
| FITZGERALD, MARY: DISPOSITION DOCKET STRICKEN AS MOOT | | | | | | |
| 03-08-2012 CTFREE | - | | 81024289 | Mar 9 2012 8:22:05:617AM | - | $ 0.00 |
| FITZGERALD, MARY: SCHEDULING CONFERENCE NOT HELD, STRICKEN AS NOT NEEDED PER STEVEN STIDHAM | | | | | | |
| 05-31-2012 CTFREE | - | | 81846120 | Jun 1 2012 10:21:56:353AM | - | $ 0.00 |
| FITZGERALD, MARY: DISPO DOCKET NOT HELD, STRICKEN AS MOOT | | | | | | |
| 09-21-2012 CTFREE | - | | 82961177 | Sep 24 2012 10:23:13:380AM | - | $ 0.00 |
| FITZGERALD, MARY: BY COURT OWN MOTION THIS CASE IS CLOSED FOR FAILURE TO PROSECUTE | | | | | | |
| 09-21-2012 DISPDWOP | 1 | LAY, JENNIFER DAVINA | 82961181 | Jun 5 2013 9:18:27:650AM | - | $ 0.00 |
| DISMISSED WITHOUT PREJUDICE | | | | | | |
| 09-21-2012 DISPDWOP | 1 | NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY | 85659726 | Jun 5 2013 9:18:27:800AM | - | $ 0.00 |
| CASE CLOSED | | | | | | |
| 10-03-2012 EAA | - | HART, ROCHELLE | 83070040 | Oct 3 2012 4:31:54:530PM | - | $ 0.00 |
| ENTRY OF APPEARANCE / RICHARD WARZYNSKI ENTERING AS COUNSEL / CERTIFICATE OF SERVICE 📄 Document Available (#1019686347) | | | | | | |
| 10-08-2012 MOVAC | - | | 83112412 | Oct 8 2012 4:28:31:153PM | Realized | $ 33.00 |
| MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE ($ 33.00) 📄 Document Available (#1019449009) | | | | | | |
| 10-08-2012 OCISR | - | | 83112413 | Oct 8 2012 4:28:31:313PM | Realized | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 10-08-2012 CCADMIN02 | - | | 83112414 | Oct 8 2012 4:28:31:333PM | Realized | $ 0.20 |
| COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 10-08-2012 OCJC | - | | 83112415 | Oct 8 2012 4:28:31:343PM | Realized | $ 2.00 |
| OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 10-08-2012 OCASA | - | | 83112416 | Oct 8 2012 | Realized | $ 5.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | 4:28:31:353PM |  |  |
|  | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) |  |  |  |  |  |
| 10-08-2012 | CCADMIN04 | - | 83112417 | Oct 8 2012 4:28:31:363PM | Realized | $ 0.50 |
|  | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) |  |  |  |  |  |
| 10-08-2012 | ACCOUNT | - | 83112424 | Oct 8 2012 4:29:03:323PM | - | $ 0.00 |
|  | RECEIPT # 2012-2455757 ON 10/08/2012. PAYOR:SNEED LANG HERROLD TOTAL AMOUNT PAID: $65.70. LINE ITEMS: CJ-2011-731: $33.00 ON AC01 CLERK FEES. CJ-2011-731: $0.70 ON AC31 COURT CLERK REVOLVING FUND. CJ-2011-731: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2011-731: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2011-731: $25.00 ON AC79 OCIS REVOLVING FUND. |  |  |  |  |  |
| 10-10-2012 | O | - | 83135138 | Oct 10 2012 1:41:15:180PM | - | $ 0.00 |
|  | ORDER (MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE IS GRANTED) / AFFIDAVIT OF MAILING Document Available (#1019762100) |  |  |  |  |  |
| 10-10-2012 | CTFREE | - | 83140560 | Oct 11 2012 8:17:54:003AM | - | $ 0.00 |
|  | FITZGERALD, MARY: ORDER ENTERED/ MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE IS GRANTED. AGREED SCHEDULING ORDER TO BE SUBMITTED WITHIN 10 DAYS OR SET FOR HEARING. NOTICES SENT TO STEVEN STEIDHAM AND TIMOTHY CROW |  |  |  |  |  |
| 10-23-2012 | CTFREE | - | 83383191 | Oct 24 2012 8:43:06:507AM | - | $ 0.00 |
|  | FITZGERALD, MARY: SCHEDULING ORDER ENTERED SETTING PRETRIAL ON 6-4-2013 AT 9:00 |  |  |  |  |  |
| 11-26-2012 | SCHO | - | 83686197 | Nov 27 2012 8:37:05:283AM | - | $ 0.00 |
|  | SCHEDULING ORDER (OF 10-22-12) Document Available (#1020242395) |  |  |  |  |  |
| 01-16-2013 | MO | - HART, ROCHELLE | 84199705 | Jan 17 2013 8:14:58:850AM | - | $ 0.00 |
|  | PLAINTIFF'S MOTION FOR LEAVE TO ADD ADDITIONAL PARTY / A TO J / CERTIFICATE OF SERVICE Document Available (#1020497723) |  |  |  |  |  |
| 02-01-2013 | CTFREE | - | 84380303 | Feb 4 2013 8:14:43:763AM | - | $ 0.00 |
|  | FITZGERALD, MARY: ORDER ENTERED GRANTING PLS MOTION FOR LEAVE TO ADD ADDITIONAL PARTIES |  |  |  |  |  |
| 02-04-2013 | O | - | 84392967 | Feb 4 2013 4:24:41:343PM | - | $ 0.00 |
|  | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ADD ADDITIONAL PARTY Document Available (#1020797662) |  |  |  |  |  |
|  |  |  | 84406207 | Feb 5 2013 |  |  |

| Date | Code | | Party | Serial # | Date/Time | Status | Amount |
|---|---|---|---|---|---|---|---|
| 02-05-2013 | SMF | - | | | 3:52:36:473PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)-1($ 5.00) | | | | | | |
| 02-05-2013 | SMIMA | - | | 84406209 | Feb 5 2013 3:52:45:333PM | - | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY-1 | | | | | | |
| 02-05-2013 | AMP | - | HART, ROCHELLE | 84406678 | Feb 5 2013 4:11:02:293PM | - | $ 0.00 |
| | FIRST AMENDED PETITION ADDING ADD'L DEFT / CERTIFICATE OF SERVICE  Document Available (#1020798570) | | | | | | |
| 02-05-2013 | ACCOUNT | - | | 84406217 | Feb 5 2013 3:53:05:693PM | - | $ 0.00 |
| | RECEIPT # 2013-2531169 ON 02/05/2013. PAYOR:SNEED LANG TOTAL AMOUNT PAID: $5.00. LINE ITEMS: CJ-2011-731: $5.00 ON AC01 CLERK FEES. | | | | | | |
| 04-26-2013 | EAA | - | NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY | 85278146 | Apr 26 2013 3:44:16:297PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE AND RESERVATION OF TIME TO PLEAD / CERTIFICATE OF SERVICE / JASON A ROBERTSON ENTERING AS COUNSEL / W-CS /  Document Available (#1021494606) | | | | | | |
| 04-29-2013 | CTFREE | - | | 85297232 | Apr 30 2013 8:06:24:780AM | - | $ 0.00 |
| | FITZGERALD, MARY: ORDER ENTERED GRANTING ADDITIONAL TIME TO FILE ANSWER BY MAY 20, 2013 | | | | | | |
| 05-01-2013 | O | - | | 85324600 | May 1 2013 3:35:57:427PM | - | $ 0.00 |
| | ORDER GRANTING ADDITIONAL TIME TO FILE ANSWER / SEE ABOVE ENTRY  Document Available (#1021636672) | | | | | | |
| 05-09-2013 | CERTS | - | NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY | 85412959 | May 9 2013 4:04:41:807PM | - | $ 0.00 |
| | CERTIFICATE OF SERVICE (ORDER GRANTING ADD'L TIME TO FILE ANSWER)  Document Available (#1021710619) | | | | | | |
| 05-20-2013 | A | - | NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY | 85516481 | May 21 2013 8:38:15:040AM | - | $ 0.00 |
| | ANSWER OF DEFENDANT NATIONWIDE PROPERTY & CASUALTY INS CO  Document Available (#1021819373) | | | | | | |
| 06-04-2013 | CTFREE | - | | 85659715 | Jun 5 2013 9:17:57:450AM | - | $ 0.00 |
| | FITZGERALD, MARY: PRETRIAL CONFERENCE NOT HELD, PL NOT PRESENT, JASON ROBERTSON PRESENT FOR DF. CASE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO APPEAR | | | | | | |
| 06-06-2013 | ODISM | - | | 85685280 | Jun 6 2013 4:42:27:677PM | - | $ 0.00 |
| | ORDER OF DISMISSAL (CIVIL) WITHOUT PREJUDICE TO EITHER PARTY  Document Available (#1021936465) | | | | | | |

| 06-06-2013 | CTFREE | - | 85685878 | Jun 7 2013 8:30:35:660AM | - | $ 0.00 |

FITZGERALD, MARY: ORDER OF DISMISSAL ENTERED

| 06-10-2013 | MOVAC | - | 85710728 | Jun 10 2013 3:50:56:003PM | Realized | $ 33.00 |

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE OF JUNE 6, 2013 (BY ATTY RICHARD E WARZYNSKI) A2J($ 33.00)
  Document Available (#1021936385)

| 06-10-2013 | OCISR | - | 85710729 | Jun 10 2013 3:50:56:173PM | Realized | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

| 06-10-2013 | CCADMIN02 | - | 85710730 | Jun 10 2013 3:50:56:213PM | Realized | $ 0.20 |

COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20)

| 06-10-2013 | OCJC | - | 85710731 | Jun 10 2013 3:50:56:273PM | Realized | $ 2.00 |

OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00)

| 06-10-2013 | OCASA | - | 85710732 | Jun 10 2013 3:50:56:293PM | Realized | $ 5.00 |

OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00)

| 06-10-2013 | CCADMIN04 | - | 85710733 | Jun 10 2013 3:50:56:333PM | Realized | $ 0.50 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50)

| 06-10-2013 | ACCOUNT | - | 85710742 | Jun 10 2013 3:51:16:513PM | - | $ 0.00 |

RECEIPT # 2013-2616583 ON 06/10/2013.
PAYOR:SNEED LANG TOTAL AMOUNT PAID: $65.70.
LINE ITEMS:
CJ-2011-731: $33.00 ON AC01 CLERK FEES.
CJ-2011-731: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2011-731: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2011-731: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2011-731: $25.00 ON AC79 OCIS REVOLVING FUND.

| 06-11-2013 | CTFREE | - | 85730637 | Jun 12 2013 9:09:43:980AM | - | $ 0.00 |

FITZGERALD, MARY: ORDER ENTERED/ PLS MOTION TO VACATE ORDER OF JUNE 6, 2012 IS GRANTED

| 06-13-2013 | O | - | 85763050 | Jun 14 2013 9:02:17:230AM | - | $ 0.00 |

ORDER PLFS MOTION TO VACATE ORDER OF JUNE 6,2013 GRANTS THAT MOTION AND HEREBY VACATES ITS ORDER OF JUNE 6,2013
  Document Available (#1022048435)

| 07-19-2013 | CTFREE | - | 86143072 | Jul 22 2013 8:34:30:710AM | - | $ 0.00 |

FITZGERALD, MARY: SCHEDULING ORDER ENTERED SETTING PRETRAIL ON APPLICATION

| 07-22-2013 | SCHO | - | | 86156977 | Jul 22 2013 4:35:53:343PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|
| | SCHEDULING ORDER (OF 7-19-13) | | | | | | |
| | Document Available (#1022444673) | | | | | | |
| 07-24-2013 | DWP | - | LAY, JENNIFER DAVINA | 86186973 | Jul 25 2013 7:09:26:017AM | - | $ 0.00 |
| | PLAINTIFF'S DISMISSAL WITH PREJUDICE AS TO DEFENDANT LAY ONLY BY PLF ATTY | | | | | | |
| | Document Available (#1022440276) | | | | | | |
| 07-24-2013 | DISPCVDMWP | 1 | LAY, JENNIFER DAVINA | 86186974 | Jul 25 2013 7:09:54:777AM | - | $ 0.00 |
| | DISMISSAL WITH PREJUDICE | | | | | | |

Report Generated by The Oklahoma Court Information System at August 26, 2013 8:22 AM

End of Transmission.