IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ROCHELLE HART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 1. NATIONWIDE PROPERTY & CASUALTY INS. CO., | ) ) ) | |
| a domestic corporation, | ) | Case No: 13-cv-551-CVE-FHM |
| | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Parties, Plaintiff, Rochelle Hart, and Defendant, Nationwide Property & Casualty Ins. Co., by and through their respective attorneys of record and hereby stipulate this matter should be DISMISSED WITH PREJUDICE.

Respectfully submitted,

/s/ Richard E. Warzynski

Richard E. Warzynski, OBA# 14079
G. Steven Stidham, OBA# 8633
*Sneed Lang Herrold*
1700 Williams Center Tower I
One W. 3rd St.
Tulsa, OK 74103-3522
Facsimile: 918-582-0410
*Attorneys for Plaintiff*

/s/ Jason A. Robertson
―――――――――――――――
Jason A. Robertson, OBA #17696
Pierce Couch Hendrickson
 Baysinger & Green, L.L.P.
907 South Detroit, Suite 815
Tulsa, Oklahoma 74120
Telephone: 918-583-8100
Facsimile: 918-583-8107
jrobertson@piercecouch.com
*Attorney for Defendant*
*Nationwide Property & Casualty Ins. Co.*